

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Leonardo Quintero, Jr. v. Houston Methodist Hospital f/k/a The
                         Methodist Hospital, Patricia Chevez-Barrios, M.D., Mary Schwartz.
                         M.D., and TMH Physician Organization

Appellate case number:   01-14-00448-CV

Trial court case number: 2013-43058

Trial court:             165th District Court of Harris County

      It is ordered that Appellant's Motion for Rehearing is **denied**.

Justice's signature: /s/ Rebeca Huddle
                         Acting for the Court

Panel consists of: Justices Jennings, Higley, and Huddle

Date: April 16, 2015